# EXHIBIT 1

## SERVICES AGREEMENT

THIS SERVICES AGREEMENT (this "Agreement") is made and entered into effective as of **March 18, 2024** (the "Effective Date") by and between The St. James Sports & Wellness Complex LLC, a Delaware limited liability company (the "Company"), and Innovative V, L.L.C., an Alabama limited liability company ("TPH"). The Company and TPH are sometimes referred to herein individually as a "Party" or collectively as the "Parties".

### RECITALS:

A.     The Company owns and operates multi-sport training facilities and health clubs.

B.     The Company desires to engage TPH to provide its "Powered By TPH Academy" services to the Company, and TPH desires to accept such engagement, on the terms and subject to the conditions set forth in this Agreement.

### COVENANTS:

NOW THEREFORE, for and in consideration of the foregoing recitals, the mutual covenants and undertakings set forth below and other good and valuable consideration, the receipt and adequacy of which are acknowledged, the Parties hereto agree as follows:

1.     Engagement.  The Company hereby engages TPH to provide the following services during the Term (defined below), to the Company: (a) the "Powered By TPH Academy" services specifically set forth on Exhibit A attached hereto, and (b) certain other services as mutually agreed upon in writing by the Parties (collectively, the "Services").  TPH hereby accepts such engagement and agrees to perform the Services and otherwise fulfill its obligations under this Agreement.

2.     Term and Termination.

(a)     TPH's engagement under this Agreement will commence on the Effective Date and continue for a period of 3.5 years until July 1, 2027 (the "Term"). Thereafter, the Term of this Agreement shall automatically renew for a period of three (3) years at the end of the initial Term and each renewal Term, unless either Party provides written notice of non-renewal at least ninety (90) days prior to the expiration of the Term then in effect.

(b)     It is agreed that either Party may terminate this Agreement immediately upon written notice to the other party in the event that such other party (i) becomes insolvent or makes assignment for the benefit of creditors; (ii) files or has filed against it any petition under any Title of the United States Code or under any applicable bankruptcy, insolvency, reorganization or similar debtor relief law which is not discharged within thirty (30) days of said filing; or (iii) requests or suffers the appointment of a trustee or receiver, or the entry of an attachment or execution as to a substantial part of its business or assets.

(c)     After the initial three year Term of this Agreement, either Party may terminate this Agreement for any reason by providing 180 days prior written notice to the other Party.

(d)      Either Party may terminate this Agreement in the event the other Party materially breaches any of its obligations under any provision of this Agreement, and such breach is not remedied within fifteen (15) days after the receipt of written notice thereof by the other Party.

3.      Compensation.

(a)      *Fees*.  During the Term of this Agreement, the Company shall pay TPH the fees set forth on Exhibit A attached hereto.

(b)      *Business Expenses*.  TPH will be reimbursed by the Company for reasonable business expenses actually incurred in connection with performing the Services, subject to the mutual agreement of the Parties and the written approval of the Company.

4.      Insurance. Throughout the Term of this Agreement, the Company agrees to maintain commercial general liability insurance with a combined single limit of not less than $1 million per occurrence and an aggregate limit of not less than $2 million, and to name TPH as an additional insured on such policy against any and all claims for bodily injury, personal injury and property damage.  The Company shall furnish TPH as soon as practicable, but in any event no later than prior to the commencement of Services under this Agreement, with a Certificate of Insurance stating thereon the limits of liability, the period of coverage, the parties insured including the Company and TPH and the insurer's agreement not to terminate or materially modify such insurance without endeavoring to notify the Company and TPH in writing at least thirty (30) days in advance of such termination or modification.

5.      Confidential Information.

*(a)      From time to time, either Party (the "Disclosing Party") may disclose or make available to the other Party (the "Receiving Party"), whether orally or in physical form, confidential or proprietary information concerning the disclosing Party and/or its business, products or services (together, "Confidential Information") in connection with this Agreement.  Each Party agrees that during the term of this Agreement and thereafter (i) it will use Confidential Information belonging to the Disclosing Party solely for the purpose(s) of this Agreement and (ii) it will take all reasonable precautions to ensure that it does not disclose Confidential Information belonging to the Disclosing Party to any third party (other than the Receiving Party's employees and/or professional advisors on a need-to-know basis who are bound by obligations of nondisclosure and limited use at least as stringent as those contained herein) without first obtaining the Disclosing Party's written consent.*  The Receiving Party is responsible for any breach of the confidentiality provisions of this Agreement by its employees and/or professional advisors.  Upon request by the Disclosing Party, the Receiving Party will return or destroy all copies of any Confidential Information to the Disclosing Party. For Confidential Information that does not constitute trade secrets as the term is defined by the Uniform Trade Secrets Act, these confidentiality obligations will expire three (3) years after the termination or expiration of this Agreement.

DocuSign Envelope ID: 643A985B-0B52-41F2-92E1-3F644DC5ED5E

(b)     For purposes hereof, the obligations under this Section 6 do not apply to any information that the Receiving Party can establish by convincing written evidence (i) was independently developed by the Receiving Party without use of or reference to any Confidential Information belonging to the Disclosing Party; (ii) was acquired by the Receiving Party from a third party having the legal right to furnish same to the Receiving Party; or (c) was at the time in question (whether at disclosure or thereafter) generally known by or available to the public (through no fault of the Receiving Party).

(c)     These confidentiality obligations will not restrict any disclosure required by order of a court or any government agency, provided that the Receiving Party gives prompt notice to the Disclosing Party of any such order and reasonably cooperates with the Disclosing Party at the Disclosing Party's request and expense to resist such order or to obtain a protective order.

6.    <u>Trademarks</u>.

(a)     Company grants to TPH the right to display Company's logos, trademarks, trade names, service marks and copyrights ("Company Marks") as provided by Company solely for the purpose of fulfilling TPH's Services to the Company, in the manner approved in writing by the Company, pursuant to this Agreement. TPH agrees that it is not acquiring any rights, title, or interest in or to the Company Marks. TPH covenants and agrees that it will only use the Company Marks in connection with the Services provided by TPH and as otherwise approved by the Company in accordance with the terms of this Agreement and that all such use shall be in conformance with the Company's graphic standards for the Company Marks. All forms of advertising and promotions using the Company Marks are subject to the prior written approval of the Company. TPH will cease, remove, or delete any particular use of Company Marks, to the extent feasible, if directed to do so by Company. In no event shall TPH use the Company Marks in any manner which is detrimental to the goodwill and prestige associated with the Company Marks. All uses of the Company Marks shall inure solely to the benefit of the Company with the sole responsibility for and against all claims relating to the approved use of the Company Marks and associated intellectual property being maintained by the Company. The Company shall indemnify, defend and hold harmless TPH and its officers, directors, members, managers, employees, and agents, from and against any and all third party claims, damages, liabilities, costs and expenses, including reasonable attorneys' fees and court costs, arising out of or in connection with any allegation that TPH's use in accordance with this Agreement of the Company Marks or any information or materials provided by the Company infringes or violates any copyright, trade secret, trademark or other third party intellectual property right.

(b)     TPH grants to the Company the right to display TPH's logos, trademarks, trade names, service marks and copyrights ("TPH Marks") as provided by TPH solely for the purpose of TPH fulfilling its Services to the Company, in the manner approved in writing by TPH, pursuant to this Agreement. The Company agrees that it is not acquiring any rights, title, or interest in or to the TPH Marks. The Company covenants and agrees that it will only use the TPH Marks in connection with the Services provided by TPH and as otherwise approved by TPH in accordance with the terms of this Agreement and that all such use shall be in conformance with TPH's graphic standards for the TPH Marks. All forms of advertising and promotions using the TPH Marks are subject to the prior written

DocuSign Envelope ID: 543A985B-0B52-41F2-93E1-3F644DC5ED5E

approval of TPH. Company will cease, remove, or delete any particular use of TPH Marks, to the extent feasible, if directed to do so by TPH. In no event shall the Company use the TPH Marks in any manner which is detrimental to the goodwill and prestige associated with the TPH Marks. All uses of the TPH Marks shall inure solely to the benefit of the Company with the sole responsibility for and against all claims relating to the approved use of the TPH Marks and associated intellectual property being maintained by TPH. TPH shall indemnify, defend and hold harmless the Company and its affiliates, officers, directors, members, managers, employees, and agents, from and against any and all third party claims, damages, liabilities, costs and expenses, including reasonable attorneys' fees and court costs, arising out of or in connection with any allegation that the Company's use in accordance with this Agreement of the TPH Marks or any information or materials provided by TPH infringes or violates any copyright, trade secret, trademark or other third party intellectual property right.

7.    <u>Limitation of Liability</u>. IN NO EVENT SHALL THE COMPANY OR TPH BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOSS OF PROFITS, DATA OR USE, INCURRED BY EITHER PARTY OR ANY THIRD PARTY, WHETHER IN AN ACTION IN CONTRACT OR TORT, EVEN IF THE OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

8.    <u>Indemnification</u>.  Each party shall indemnify, defend, and hold harmless the other party and its affiliates, officers, directors, members, managers, employees, and agents against any and all losses, damages, liabilities, deficiencies, claims, actions, judgments, settlements, interest, awards, penalties, fines, costs, or expenses of whatever kind (including reasonable attorney fees, fees and the costs of enforcing any right to indemnification under this Agreement, and the cost of pursuing any insurance providers) relating to or arising out of any claim of a third party relating to the fraud, gross negligence, or willful misconduct of the other party or the other party's failure to comply with applicable laws, rules, or regulations, in any event arising out of or occurring in connection with services provided under <u>Exhibit A</u> hereto.

9.    <u>Non-Solicitation.</u> Company agrees during the Term of this Agreement and for a period of two (2) years immediately thereafter, it shall not directly, or indirectly, for itself, or as an agent or representative of any person or for any business entity, except as set forth in this Section 9: (a) advise, induce or persuade any person or business not to do business with TPH or to cancel or fail to renew any contract with TPH; (b) employ, retain, contract with or interfere with any employees or independent contractors of TPH with respect to the work performed by such employees and independent contractors for, or on behalf of, TPH; (c) solicit, induce, persuade, or advise any employees or independent contractors of TPH to terminate any relationship with TPH; or (d) obtain any type of financial interest in any business entity which engages in any of the foregoing. Notwithstanding the foregoing, nothing in this Section 9 shall prevent Company from directly soliciting and/or employing any onsite TPH personnel hired specifically to provide services to Company pursuant to <u>Exhibit A</u> hereto immediately following the expiration or termination of this Agreement.

10.    Miscellaneous

(a)    Sections 3, 5, 7, 8, 9 and 10 shall survive the termination of this Agreement.

(b)    This Agreement constitutes the entire agreement between the Parties with respect to its subject matter.  There is no statement, promise, agreement, or obligation in existence which may conflict with the terms of this Agreement or which may modify, enlarge, or invalidate this Agreement or any provision of it.

(c)    Each Party expressly represents and warrants to all other Parties that: (i) before executing this Agreement, such Party has fully informed itself of the terms, contents, conditions and effects of this Agreement; (ii) such Party has relied solely and completely upon its own judgment in executing this Agreement; and (iii) such Party has had the opportunity to seek and has obtained the advice of counsel before executing this Agreement.

(d)    No provision of this Agreement may be altered, amended and/or waived, except by a written document signed by all Parties setting forth such alteration, amendment, and/or waiver.  The Parties agree that the failure to enforce any provision or obligation under this Agreement shall not constitute a waiver of or serve as a bar to the subsequent enforcement of such provision or obligation or any other provisions or obligations under this Agreement.

(e)    In the event of any litigation arising out of or related to this Agreement, the prevailing Party shall be entitled to recover from the other Party all reasonable costs and expenses incurred, including but not limited to, reasonable professional fees.

(f)    This Agreement shall be binding upon and the benefits of it shall inure to the Parties and their respective legal representatives, successors, and permitted assigns. Neither Party shall have the right to assign its rights under this Agreement without the written consent of the other Party, which consent shall not be unreasonably withheld.

(g)    The Parties shall have the sole right to enforce the performance of the provisions of this Agreement and the sole right to receive any amounts payable by the Parties pursuant to this Agreement, and that no other person shall be entitled to, or shall have any claim, right, title or interest to or in any such amounts by virtue of this Agreement. This Agreement is personal to the Parties, and is not intended for the benefit of, and is not intended to be relied upon by, any other person and no such person (or any other person acting on its behalf) shall be entitled to the benefit of or to enforce this Agreement.

(h)    This Agreement may be executed and delivered in one or more counterparts, and by the different Parties hereto in separate counterparts, each of which when executed and delivered shall be deemed to be an original but all of which taken together shall constitute one and the same agreement. This Agreement may be executed on signature pages exchanged by electronic mail (including pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000, *e.g.*, www.docusign.com) or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.  Copies of executed counterparts

transmitted by such electronic transmission service shall be considered original executed counterparts for purposes of this Agreement.

(i)    The interpretation and construction of this Agreement, the obligations of the Parties, and any claims or disputes relating to this Agreement, shall be governed by and construed in accordance with the domestic laws of the State of Delaware, excluding the choice or conflicts of law rules of that state which might otherwise be applicable. EACH OF THE COMPANY AND TPH WAIVES TRIAL BY JURY AND CONSENTS TO THE GRANTING OF SUCH LEGAL OR EQUITABLE RELIEF AS IS DEEMED APPROPRIATE BY THE COURT.

[signatures are on the next page]

WHEREOF, the undersigned have executed and delivered this Agreement as of the Effective Date.

Company:                            The St. James, a Delaware limited liability company

                                    By: _Kendrick Ashton_____
                                    Name: Kendrick Ashton

                                    Title: Co-CEO


TPH:                                Innovative V, L.L.C., an Alabama limited liability company

                                    By: _Alan Keeso_____
                                    Name: Alan Keeso

                                    Title: CEO

Exhibit A

TPH agrees to provide the following Services for Company at the The St. James Academy –
Powered by TPH Academy:

**Academy Directorship and Leadership**
- TPH will hire a Director to lead the academy as TPH's onsite Director (and potentially
  doubling as Head of Academics pending talent pool). Responsibilities will include:
  - Overseeing the athletic, academic, and operations teams
  - Spearheading recruiting
  - Developing business strategy in coordination with TPH and TSJ leadership
  - Hiring and training team members
  - Implementing TPH's Athlete Development Model with TSJ's Head of
    Hockey/Sports (if desired)
  - Ensuring a quality, efficient operation as outlined by TPH
  - Liaising with TPH's leadership team for best and next practice implementation

**Access to all (Shared) Services Offered by the TPH National Team**
- Services include:
  - Recruiting best practices implementation and sales training and support
  - Marketing services and resources
  - Finance and Accounting
  - Human Resources, Talent Development, and Employee Experience
  - Health and Safety
  - Customer Experience
  - Partnerships (TPH Performance Zone, apparel, systems, etc)
  - IT and Systems
  - Strategic planning and support
  - Divisional Operations ("DivOps")
  - New launch operations ("LaunchOps")
  - Student-Athlete Mentorship
  - Academic support
  - Innovation and cross-TPH collaboration

**TPH Academy's Blended academic model:**
- TPH will provide individualized, customized, mastery-based, NCAA accredited online
  platforms for both middle and high school students through its online school partner. The
  online school offering encompasses:
  - NCAA accredited accessible courseware
  - 160+ courses available
  - Student-focused, dedicated instructors
  - Lessons delivered + assessments conducted in various formats
  - Exams proctored online or onsite using Integrity Advocate
  - University pathway support
  - AP and University Prep courses
  - Foreign languages
  - On-demand support "add-on" option available

2

- TPH will provide onsite, academic-focused learning guides, including a Head of Academics (potentially combined with the Director as stated above), as well as Success Coaches (for every 25 student-athletes registered after the first 25), who:
  - Hold student-athletes accountable for academic success
  - Foster a positive, constructive learning environment for all student-athletes
  - Customize and individualize the learning experience for each student-athlete based on:
    - Pace of learning by subject
    - Micro-environment of best fit (seating arrangement, privacy, staff access)
    - Weekly agenda to prioritize assignments and pacing as per sports and travel schedules, as well as aid in setting up tutoring sessions
  - Communicate with families through various mediums, such as parent-teacher conferences, newsletters, ad hoc meetings and phone calls
  - Create performance reports to provide to the TSJ leadership team
- Under TPH Academy's Executive Director of Academic Collaboration, best and next practice sharing via:
  - Ongoing training of academic staff for continued upskilling to best practices
  - Individualized professional development for academic staff
  - Collaboration as a National academic team on best practice sharing
  - Small group support from Academic Team Leads
  - Science, Technology, Engineering, the Arts and Mathematics (STEAM) learning enhancement through TPH Academy partners
  - Access to TPH pricing for Steelcase furnishings for an optimized learning environment

**Social, Community, and Real World Experiences**
- TPH's Director and Head of Academics will coordinate:
  - Guest speakers for each term across a range of disciplines (sports, business, leadership)
  - Class participation in TPH-wide events, such as National Women in Sports Day, bullying prevention, guest speakers across disciplines, and college prep
  - A minimum of 1 community service effort per term, such as food drives, letters to veterans, or holidays gifts for families in need
  - Student-centered activities, such as investment club or public speaking skills development

**Health and Safety**
- Select modules from the Navigate360 holistic safety and wellness program will be implemented and coordinated through TPH's Director and Head of Academics, with support by TPH's Executive Director of Health and Safety. Available modules include:
  - Digital Civility
  - Understanding Micro Aggression
  - Understanding Vaping
  - Opioid Addiction Awareness
  - Contributing Factors to Addiction
  - Understanding Bullying
  - Understanding Suicide Awareness and Prevention
  - Responding to & Preventing Hazardous Material Incidents in Schools
  - Preventing and Preparing for an Event of Terrorism on or Near School Campuses

- ○ Preparing for Civil Unrest on School Campuses
- ○ De-Escalation: How to Diffuse Aggression Course
- ○ Extreme Stress Survival
- ○ Trauma Response
- ○ ALICE for Coaches
- ○ ALICE for Support Staff
- ○ ALICE Lesson Plans for K-12

**Coach FA's Mentorship Program:**
- Provide all student-athletes with access to Coach FA's Mentorship Program, Foundations in Personal Development and Elite-Athlete Mindset, a course built for TPH Academy attendees by TPH COO Francis Anzalone.

**TPH Athlete Performance App**
- Access to and training on TPH's customized Athlete Management System (AMS) for use of tracking attendance and wellness. This includes access to weekly wellness surveys for students and reporting on wellness and attendance for classroom, gym training, and athletic training. TPH's Director and Head of Academics will coordinate with the The St. James team and have access to the AMS home screen and the following reports in the system:
  - ○ "Staff dashboard" for weekly wellness reporting
  - ○ "Daily attendance" and "Total Attendance" reports for tracking student attendance
- The St. James will have access to TPH's pricing for Hawkins Force Plates and Swift Laser Speed Gates.
  - ○ Integration of data with the Performance App and associated insights are out of scope. Please inquire if interested.
- TPH will work with The St. James to implement APIs or other integrations between the TPH Athlete Performance App and The St. James App.
  - ○ These integrations will maintain the level of privacy, security, and IP desired by each party and could require an addendum or separate agreement to establish parameters.

**TPH Performance Zone**
- The St. James families will have access to the TPH Performance Zone which, through external providers who are leaders in their field, provides preferred pricing for the following services:
  - ○ Nutrition (3-month, 9-month, 12-month packages)
  - ○ College Prep for ACT/SAT courses, College advising services, and personal tutoring
  - ○ Heroic Minds mental strength and empowerment
  - ○ More en route….

**Customer Experience and Insights:**
- Annual surveys of student-athletes and parents with summary reports and trends to determine where families find the most value, how the business can pivot to add value aligned with customer priorities, and other insights to increase quality of experience, retention, and revenue.

**Registration Management:**
- TPH will onboard The St. James to its registration system for all academy enrollees, as well as train the team on Hubspot for recruiting management and customer data management. TPH will grant registration site access to The St. James staff for transparency and information gathering needs.

**Fees and Payment Terms**

In consideration for providing the preceding services, the following pricing will be applied:

- The St. James shall pay TPH a fixed, pass-through amount for the Director position. The St. James will have final approval on the Director hire.
- The St. James shall pay TPH a fixed, pass-through amount for the Head of Academics position (if no subsidization for academic staffing)
  - It is expected that this position will be fully subsidized, barring any agreed upon pay increases between TSJ and TPH.
  - This position will be provided through TPH's school partner, although both TPH and The St. James will be involved in approval, with The St. James having final say on staffing compatibility.
- TPH will hire an additional academic success coach after the first 25 student-athletes. This position will also be charged through to The St. James at cost (if any).
  - It is expected that this position will be fully subsidized, barring any agreed upon pay increases between TSJ and TPH or decisions to add staff support beyond what the school partner will provide.
  - This position will be provided through TPH's school partner, although both TPH and The St. James will be involved in approval, with The St. James having final say on staffing compatibility.
- The St. James shall pay TPH a Year 1 variable amount on a "per student-athlete" basis of $4,499 for all services to run the academy. Should families choose TPH's alternative online academic platform, an additional $2,000 will be added to cover the cost of the platform.
  - These fees will be prorated based on scholarships/discounts offered, floating between $4,499 down to $3,499. The fee is pinpointed based on where the price point lands in a pre-defined range.
    - For example, if the pre-agreed upon price range the Director can work within is set at $15,999 to $23,999.
      - If the Director registers a family at the list/full price of $23,999, TPH's fee to The St. James will be the full $4,499.
      - If the Director registers a family at $17,999 (a 75% reduction from top of the range to bottom of the range), TPH will apply that reduction to its range, amounting to a $750 reduction (75% of TPH's fee range) or a total fee of $3,749.
      - If the Director receives permission from The St. James to register a family at any dollar amount below the bottom of the range (less than $15,999), TPH maintains its minimum fee of $3,499.

- ○ Per student-athlete fees will increase annually by 3%, beginning at the time of a 3-year extension and not to be applied for the initial 3-year agreement.
- The St. James shall pay TPH a variable amount on a "per student-athlete" basis of $999 for elements in the "train only" experience, registration, and logistics. Services include:
  - ○ Coach FA's Mentorship Program
  - ○ TPH Performance Zone
  - ○ Customer Experience and Insights
  - ○ Registration Management
  - ○ Recruitment

The following payment / cash collection structure will be applied:

- Registration Fees:
  - ○ Families will register through TPH's LeagueApps platform.
  - ○ Cash will be deposited to The St. James bank account directly from TPH's LeagueApps platform at the point of registration.
  - ○ Monthly on the 10th of the month, The St. James will remit collected fees to TPH.
    - ■ Example 1: If a family registered for $23,999 and paid in full, STJ would collect the full $23,999 (via TPH's LeagueApps portal) and remit $4,599 to TPH by the 10th of the following month (September collections would be paid by October 10th).
    - ■ Example 2: If a family registered for $23,999 and paid over 8 months, STJ would collect $2,999.88 monthly and would remit $4,599 spread over 8 months to TPH by the 10th of the following month (September collections would be paid by October 10th).
- Labor Costs:
  - ○ Labor costs will be billed at actuals at the end of the month that the labor was paid.
  - ○ The St. James will pay the invoice by the 10th of the following month (September labor costs would be due by October 10th).
- Missed or late payments:
  - ○ Payments will be set up to auto-draft to TPH on the 10th of the month.
  - ○ If two consecutive payments are missed or late from The St. James to TPH, cash management will move to TPH for the remainder of the agreement.